No. 10–10774. WATSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 10–10775. BOWENS v. DEPARTMENT OF JUSTICE ET AL. C. A. 3d Cir. Certiorari denied. 

No. 10–10776. DOWNING v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 10–10778. ELLERBY ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 10–10779. TILCOCK v. SMITH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10780. WALLIN v. DYCUS ET AL. C. A. 10th Cir. Certiorari denied. 

No. 10–10781. WINFIELD v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Sup. Ct. Mo. Certiorari denied.

No. 10–10783. WRIGHT v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 10–10785. STEVENS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–10786. SHERE v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 10–10787. GARCIA ORELLANA v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 10–10788. POWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 10–10789. POTTER v. OHIO. Sup. Ct. Ohio. Certiorari denied. 

No. 10–10790. DRAPEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 10–10791. JACKSON v. GONZALEZ ET AL. C. A. 9th Cir. Certiorari denied.